IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | | |
|---|---|---|---|
| In Re: | Kasaundras L. Cooper ) | Case No.: 15-83030-CRJ-7 | |
| | SSN: xxx-xx-7659 ) | | |
| | ) | | |
| | Debtor. ) | Chapter 7 | |

## TRUSTEE'S MOTION TO DISMISS

COMES NOW the Trustee, Tazewell T. Shepard, and moves this Court to dismiss the above Chapter 7 case for the Debtor's failure to attend the 341 meetings of creditors on April 19, 2019, May 17, 2019, and June 14, 2019.

Respectfully submitted this 18th day of June, 2019.

                                               */s/ Tazewell T. Shepard*
                                               Tazewell T. Shepard
                                               *Trustee in Bankruptcy*

                                               **SPARKMAN, SHEPARD & MORRIS, P.C.**
                                               P.O. Box 19045
                                               Huntsville, Alabama 35804
                                               Tel: (256) 512-9924
                                               Fax: (256) 512-9837

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing document upon the below listed parties and upon those parties listed on the Clerk's Certified Matrix, by electronic service through the Bankruptcy Court's CM/ECF filing system and/or by depositing said copy in the United States Mail in a properly addressed envelope with adequate postage thereon this 18th day of June, 2019.

| | |
|---|---|
| B. Grant McNutt, Esq. | Kasaundras L. Cooper |
| *Attorney for Debtor* | *Debtor* |
| Bond Botes Sykstus Tanner & McNutt | 1246 Avenue E |
| 102 S. Court Street, Ste. 314 | Tuscumbia, AL 35674 |
| Florence, AL 35630 | |

Richard M. Blythe, Esq.
*Office of the Bankruptcy Administrator*
P.O. Box 3045
Decatur, AL 35602

                                               */s/ Tazewell T. Shepard*
                                             Tazewell T. Shepard